# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re: §
§
ROMOZZI, ENZO RENATO § Case No. 12-80033
ROMOZZI, LUCILLE DELORES §
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on       . The undersigned trustee was appointed on             .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of             $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]             $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $\_\_\_\_ as interim compensation and now requests a sum of $\_\_\_\_, for a total compensation of $\_\_\_\_[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_, for total expenses of $\_\_\_\_[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/DANIEL M. DONAHUE_____
                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

Page: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit A

| | | |
|---|---|---|
| Case No: | 12-80033 MLB Judge: MANUEL BARBOSA | Trustee Name: DANIEL M. DONAHUE |
| Case Name: | ROMOZZI, ENZO RENATO | Date Filed (f) or Converted (c): 01/05/12 (f) |
| | ROMOZZI, LUCILLE DELORES | 341(a) Meeting Date: 02/06/12 |
| For Period Ending: 12/27/12 | | Claims Bar Date: 08/03/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 10921 Allegheny Pass Huntley, IL 60142 - (Debtors | 220,600.00 | 0.00 | OA | 0.00 | FA |
| 2. checking account with Harris | 1,400.00 | 0.00 | OA | 0.00 | FA |
| 3. Household goods; TV, DVD player, TV stand, stereo, | 2,000.00 | 0.00 | OA | 0.00 | FA |
| 4. Books, Compact Discs, Tapes/Records, Family Pictur | 20.00 | 0.00 | OA | 0.00 | FA |
| 5. Necessary wearing apparel. | 100.00 | 0.00 | OA | 0.00 | FA |
| 6. Earrings, watch, costume jewelry | 50.00 | 0.00 | OA | 0.00 | FA |
| 7. Pension w/ Employer/Former Employer - 100% Exempt. | 65,000.00 | 0.00 | OA | 0.00 | FA |
| 8. Anticipated 2011 tax refunds | 3,000.00 | 0.00 | OA | 0.00 | FA |
| 9. 2004 Hyundai Santa Fe with over 136,000 miles | 2,650.00 | 0.00 | OA | 0.00 | FA |
| 10. Family Pet: dog | 0.00 | 0.00 | OA | 0.00 | FA |
| 11. La Costa Beach Club - Time share | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 12. Inheritance (u) | 0.00 | 44,983.31 | | 44,983.31 | FA |
| 13. Certificate of Deposit (u) | 0.00 | 13,734.81 | | 13,734.81 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $295,820.00     $58,718.12     $58,718.12     $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further remains to be done.

Initial Projected Date of Final Report (TFR): / /     Current Projected Date of Final Report (TFR): / /

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 12-80033 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | ROMOZZI, ENZO RENATO | Bank Name: | CONGRESSIONAL BANK |
| | ROMOZZI, LUCILLE DELORES | Account Number / CD #: | *******6872  GENERAL CHECKING |
| Taxpayer ID No: | *******2848 | | |
| For Period Ending: | 12/27/12 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/03/12 | 13 | FIRST AMERICAN BANK<br>700 BUSSE RD.<br>ELK GROVE VILLAGE, IL  60007 | FUNDS IN CERTIFICATE OF DEPOSIT | 1229-000 | 13,734.81 | | 13,734.81 |
| 06/19/12 | 000100 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA 70139 | BLANKET BOND - BOND #016018067 | 2300-000 | | 11.07 | 13,723.74 |
| 10/02/12 | 12 | FIDELITY NATIONAL TITLE CO.<br>CUSTODIAL ESCROW ACCOUNT - TRUST | TRUST DISTRIBUTION | 1229-000 | 44,983.31 | | 58,707.05 |

```
                                          COLUMN TOTALS                      58,718.12           11.07          58,707.05
                                    Less: Bank Transfers/CD's                     0.00            0.00
                                          Subtotal                           58,718.12           11.07
                                    Less: Payments to Debtors                                     0.00
                                          Net                                58,718.12           11.07

                                                                                                NET              ACCOUNT
                          TOTAL - ALL ACCOUNTS                          NET DEPOSITS       DISBURSEMENTS         BALANCE
                          GENERAL CHECKING - *******6872                    58,718.12           11.07          58,707.05
                                                                       -----------------  -----------------  -----------------
                                                                            58,718.12           11.07          58,707.05
                                                                       =================  =================  =================
                                                                       (Excludes Account  (Excludes Payments   Total Funds
                                                                           Transfers)        To Debtors)        On Hand
```

Page Subtotals      58,718.12           11.07

LFORM24  UST Form 101-7-TFR (5/1/2011) *(Page: 4)*                                                                                    Ver: 17.00b

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: December 27, 2012 |
|---|---|---|---|---|---|---|

Case Number:  12-80033  
Debtor Name:  ROMOZZI, ENZO RENATO  

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA 70139 | Administrative | | $0.00 | $11.07 | $11.07 |
| 001<br>3110-00 | MCGREEVY WILLIAMS | Administrative | | $0.00 | $4,161.00 | $4,161.00 |
| 001<br>3120-00 | MCGREEVY WILLIAMS | Administrative | | $0.00 | $76.75 | $76.75 |
| 000001<br>070<br>7100-00 | Citibank, N.A.<br>c/o American InfoSource LP<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Unsecured | | $0.00 | $6,568.57 | $6,568.57 |
| 000002<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $5,509.74 | $5,509.74 |
| 000003<br>070<br>7100-00 | First National Bank of Omaha<br>1620 Dodge Street Stop Code 3105<br>Omaha Ne 68197 | Unsecured | | $0.00 | $7,521.17 | $7,521.17 |
| 000004<br>070<br>7100-00 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $0.00 | $931.03 | $931.03 |
| 000005<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | Unsecured | | $0.00 | $2,976.74 | $2,976.74 |
| 000006<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | Unsecured | | $0.00 | $4,266.35 | $4,266.35 |
| 000007<br>070<br>7100-00 | PYOD, LLC its successors and assigns<br>as assignee<br>of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $0.00 | $11,419.66 | $11,419.66 |
| 000008<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | | $0.00 | $6,534.38 | $6,534.38 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: December 27, 2012 |

Case Number:  12-80033  
Debtor Name:  ROMOZZI, ENZO RENATO

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000009 070 7100-00 | FIA CARD SERVICES, N.A. PO Box 15102 Wilmington, DE 19886-5102 | Unsecured | | $0.00 | $8,054.47 | $8,054.47 |
| 000010 070 7100-00 | FIA CARD SERVICES, N.A. PO Box 15102 Wilmington, DE 19886-5102 | Unsecured | | $0.00 | $9,018.61 | $9,018.61 |
| | Case Totals: | | | $0.00 | $67,049.54 | $67,049.54 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-80033
Case Name: ROMOZZI, ENZO RENATO
ROMOZZI, LUCILLE DELORES
Trustee Name: DANIEL M. DONAHUE

Balance on hand                                $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ | $ | $ |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ | $ | $ |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses     $_____

Remaining Balance                                         $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Citibank, N.A. | $ | $ | $ |
| 000002 | Discover Bank | $ | $ | $ |
| 000003 | First National Bank of Omaha | $ | $ | $ |
| 000004 | GE Capital Retail Bank | $ | $ | $ |
| 000005 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000006 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000007 | PYOD, LLC its successors and assigns as assignee | $ | $ | $ |
| 000008 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000009 | FIA CARD SERVICES, N.A. | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance                                              $_____

   Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

   Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*