UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| ROMOZZI, ENZO RENATO | § | Case No. 12-80033 |
| ROMOZZI, LUCILLE DELORES | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Clerk's Office
Stanley J. Roszkowski U.S. Courthouse
327 South Church Street
Room 1100
Rockford, Illinois 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 02/11/2013 in Courtroom 3100,
United States Courthouse
327 South Church Street
Rockford, IL 61101
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

By: /s/ Daniel M. Donahue
Trustee

DANIEL M. DONAHUE
P.O. BOX 2903
ROCKFORD, IL 61132-2903

UST Form 101-7-NFR (5/1/2011) (Page: 1)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                §
                                      §
ROMOZZI, ENZO RENATO                  §    Case No. 12-80033
ROMOZZI, LUCILLE DELORES              §
                                      §
         Debtor(s)                    §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 58,718.12 |
| and approved disbursements of | $ | 11.07 |
| leaving a balance on hand of[1] | $ | 58,707.05 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: DANIEL M. DONAHUE | $ 6,185.91 | $ 0.00 | $ 6,185.91 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 4,161.00 | $ 0.00 | $ 4,161.00 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 76.75 | $ 0.00 | $ 76.75 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 11.07 | $ 11.07 | $ 0.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 10,423.66 |
| Remaining Balance | $ 48,283.39 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 53,782.11 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 89.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Citibank, N.A. | $ 6,568.57 | $ 0.00 | $ 5,896.99 |
| 000002 | Discover Bank | $ 5,509.74 | $ 0.00 | $ 4,946.42 |
| 000003 | First National Bank of Omaha | $ 7,521.17 | $ 0.00 | $ 6,752.20 |
| 000004 | GE Capital Retail Bank | $ 931.03 | $ 0.00 | $ 835.84 |
| 000005 | Capital One Bank (USA), N.A. | $ 2,976.74 | $ 0.00 | $ 2,672.40 |
| 000006 | Capital One Bank (USA), N.A. | $ 4,266.35 | $ 0.00 | $ 3,830.16 |
| 000007 | PYOD, LLC its successors and assigns as assignee | $ 11,419.66 | $ 0.00 | $ 10,252.11 |
| 000008 | FIA CARD SERVICES, N.A. | $ 6,534.38 | $ 0.00 | $ 5,866.30 |
| 000009 | FIA CARD SERVICES, N.A. | $ 8,054.47 | $ 0.00 | $ 7,230.97 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 48,283.39 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Daniel M. Donahue
　　　　　　　　　　　　　Trustee

DANIEL M. DONAHUE
P.O. BOX 2903
ROCKFORD, IL 61132-2903

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 12-80033-TML
Enzo Renato Romozzi                                                   Chapter 7
Lucille Delores Romozzi
        Debtors                     **CERTIFICATE OF NOTICE**

District/off: 0752-3          User: cshabez              Page 1 of 3              Date Rcvd: Jan 16, 2013
                              Form ID: pdf006            Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2013.
```
db/jdb       +Enzo Renato Romozzi,   Lucille Delores Romozzi,   10921 Allegheny Pass,   Huntley, IL 60142-4033
18332183     +AMEX,   Attn: Bankruptcy Dept.,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
18332192     +BANK OF America,   Attn: Bankruptcy Dept.,   Pob 17054,   Wilmington, DE 19884-0001
18332179     +BMO Harris BANK,   Attn: Bankruptcy Dept.,   Po Box 94034,   Palatine, IL 60094-4034
18332185    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,   Attn: Bankruptcy Dept.,   Po Box 85520,
              Richmond, VA 23285)
18332186     +CHASE,   Attn: Bankruptcy Dept.,   Po Box 15298,   Wilmington, DE 19850-5298
18332180     +Equifax,   Attn: Bankruptcy Dept.,   PO Box 740241,   Atlanta, GA 30374-0241
18332181     +Experian,   Attn: Bankruptcy Dept.,   PO Box 2002,   Allen, TX 75013-2002
19010917      FIA CARD SERVICES, N.A.,   PO Box 15102,   Wilmington, DE 19886-5102
18332189     +FNB Omaha,   Attn: Bankruptcy Dept.,   Po Box 3412,   Omaha, NE 68103-0412
18908774     +First National Bank of Omaha,   1620 Dodge Street Stop Code 3105,   Omaha Ne 68197-0002
18332184    ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,   PO BOX 5213,   CAROL STREAM IL 60197-5213
              (address filed with court: HSBC/Bsbuy,   Attn: Bankruptcy Dept.,   Po Box 15519,
              Wilmington, DE 19850)
18332194     +HSBC/Carsn,   Attn: Bankruptcy Dept.,   Po Box 15521,   Wilmington, DE 19850-5521
18332178     +INTERBANK MTG CO/Doven,   Attn: Bankruptcy Dept.,   1 Corporate Dr Ste 360,
              Lake Zurich, IL 60047-8945
18332198     +La Costa Beach Club,   Attn: Bankruptcy Dept.,   1504 N Ocean Blvd,
              Pompano Beach, FL 33062-3427
18332187     +Sears/CBNA,   Attn: Bankruptcy Dept.,   Po Box 6189,   Sioux Falls, SD 57117-6189
18332182     +Transunion,   Attn: Bankruptcy Dept.,   PO Box 1000,   Chester, PA 19016-1000
18332193     +UNVL/CITI,   Attn: Bankruptcy Dept.,   Po Box 6241,   Sioux Falls, SD 57117-6241
18519633     +West Suburban Medical Center,   798 W Army Trail Rd,   Carol Stream, IL 60188-9297
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18965243      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 17 2013 03:00:09     Capital One Bank (USA), N.A.,
              PO Box 248839,   Oklahoma City, OK  73124-8839
18891597      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 17 2013 03:00:24     Citibank, N.A.,
              c/o American InfoSource LP,   PO Box 248840,   Oklahoma City, OK  73124-8840
18896557      E-mail/PDF: mrdiscen@discoverfinancial.com Jan 17 2013 02:57:58     Discover Bank,
              DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
18332197     +E-mail/PDF: mrdiscen@discoverfinancial.com Jan 17 2013 02:57:58     Discover FIN SVCS LLC,
              Attn: Bankruptcy Dept.,   Po Box 15316,   Wilmington, DE 19850-5316
18915824      E-mail/PDF: rmscedi@recoverycorp.com Jan 17 2013 02:51:31     GE Capital Retail Bank,
              c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
18332195     +E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2013 03:00:16     Gecrb/CARE CREDIT,
              Attn: Bankruptcy Dept.,   Po Box 981439,   El Paso, TX 79998-1439
18998186     +E-mail/Text: resurgentbknotifications@resurgent.com Jan 17 2013 02:36:36
              PYOD, LLC its successors and assigns as assignee,   of Citibank,   Resurgent Capital Services,
              PO Box 19008,   Greenville, SC 29602-9008
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18332191*    +BANK OF America,   Attn: Bankruptcy Dept.,   Po Box 1598,   Norfolk, VA 23501-1598
18332196*   ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,   Attn: Bankruptcy Dept.,   Po Box 85520,
              Richmond, VA 23285)
18332190*    +CHASE,   Attn: Bankruptcy Dept.,   Po Box 15298,   Wilmington, DE 19850-5298
18332188    ##+BANK OF America,   Attn: Bankruptcy Dept.,   Po Box 1598,   Norfolk, VA 23501-1598
                                                                                   TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-3          User: cshabez              Page 2 of 3              Date Rcvd: Jan 16, 2013
                              Form ID: pdf006            Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 18, 2013**                     **Signature:**  _Joseph Speetjens_

```
District/off: 0752-3          User: cshabez              Page 3 of 3            Date Rcvd: Jan 16, 2013
                              Form ID: pdf006            Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2013 at the address(es) listed below:

```
              Daniel  Donahue    ddonahue@mjwpc.com, ddonahue@ecf.epiqsystems.com
              Daniel  Donahue    on behalf of Trustee Daniel  Donahue ddonahue@mjwpc.com,
               ddonahue@ecf.epiqsystems.com
              Daniel M Donahue    on behalf of Trustee Daniel  Donahue ddonahue@mjwpc.com
              Darron M Burke    on behalf of Joint Debtor Lucille Delores Romozzi ndil@geracilaw.com
              Darron M Burke    on behalf of Debtor Enzo Renato Romozzi ndil@geracilaw.com
              Evan  Moscov    on behalf of Plaintiff   FIA Card Services, N.A. evan.moscov@moscovlaw.com,
               ADVNotices@w-legal.com
              Jason A. Kara    on behalf of Debtor Enzo Renato Romozzi ndil@geracilaw.com
              Jason A. Kara    on behalf of Joint Debtor Lucille Delores Romozzi ndil@geracilaw.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 9
```