UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
  §
ROMOZZI, ENZO RENATO § Case No. 12-80033
ROMOZZI, LUCILLE DELORES §
  §
  Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                          Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:          Claims Discharged
                                           Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter    on             . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/DANIEL M. DONAHUE_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 AMEX Attn: Bankruptcy Dept. Po Box 297871 Fort Lauderdale FL 33329 | | | | | |
| | 10 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | | | | |
| | 11 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | | | | |
| | 12 FNB Omaha Attn: Bankruptcy Dept. Po Box 3412 Omaha NE 68197 | | | | | |
| | 13 Gecrb/CARE CREDIT Attn: Bankruptcy Dept. Po Box 981439 El Paso TX 79998 | | | | | |
| | 14 HSBC/Bsbuy Attn: Bankruptcy Dept. Po Box 15519 Wilmington DE 19850 | | | | | |
| | 15 HSBC/Carsn Attn: Bankruptcy Dept. Po Box 15521 Wilmington DE 19805 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 16 Sears/CBNA Attn: Bankruptcy Dept. Po Box 6189 Sioux Falls SD 57117 | | | | | |
| | 17 Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | | | | |
| | 18 UNVL/CITI Attn: Bankruptcy Dept. Po Box 6241 Sioux Falls SD 57117 | | | | | |
| | 2 BANK OF America Attn: Bankruptcy Dept. Po Box 1598 Norfolk VA 23501 | | | | | |
| | 3 BANK OF America Attn: Bankruptcy Dept. Po Box 1598 Norfolk VA 23501 | | | | | |
| | 4 BANK OF America Attn: Bankruptcy Dept. Pob 17054 Wilmington DE 19884 | | | | | |
| | 5 Capital One Attn: Bankruptcy Dept. Po Box 85520 Richmond VA 23285 | | | | | |
| | 6 Capital One Attn: Bankruptcy Dept. Po Box 85520 Richmond VA 23285 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 7 CHASE Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | | | | |
| | 8 CHASE Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | | | | |
| | 9 Discover FIN SVCS LLC Attn: Bankruptcy Dept. Po Box 15316 Wilmington DE 19850 | | | | | |
| 000005 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000006 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000001 | CITIBANK, N.A. | | | | | |
| 000002 | DISCOVER BANK | | | | | |
| 000008 | FIA CARD SERVICES, N.A. | | | | | |
| 000009 | FIA CARD SERVICES, N.A. | | | | | |
| 000010 | FIA CARD SERVICES, N.A. | | | | | |
| 000003 | FIRST NATIONAL BANK OF OMAHA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | MIDLAND FUNDING, LLC | | | | | |
| 000007 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-80033 | MLB | Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|---|
| Case Name: | ROMOZZI, ENZO RENATO | | | Date Filed (f) or Converted (c): | 01/05/12 (f) |
| | ROMOZZI, LUCILLE DELORES | | | 341(a) Meeting Date: | 02/06/12 |
| For Period Ending: | 04/09/13 | | | Claims Bar Date: | 08/03/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 10921 Allegheny Pass Huntley, IL 60142 - (Debtors | 220,600.00 | 0.00 | OA | 0.00 | FA |
| 2. checking account with Harris | 1,400.00 | 0.00 | OA | 0.00 | FA |
| 3. Household goods; TV, DVD player, TV stand, stereo, | 2,000.00 | 0.00 | OA | 0.00 | FA |
| 4. Books, Compact Discs, Tapes/Records, Family Pictur | 20.00 | 0.00 | OA | 0.00 | FA |
| 5. Necessary wearing apparel. | 100.00 | 0.00 | OA | 0.00 | FA |
| 6. Earrings, watch, costume jewelry | 50.00 | 0.00 | OA | 0.00 | FA |
| 7. Pension w/ Employer/Former Employer - 100% Exempt. | 65,000.00 | 0.00 | OA | 0.00 | FA |
| 8. Anticipated 2011 tax refunds | 3,000.00 | 0.00 | OA | 0.00 | FA |
| 9. 2004 Hyundai Santa Fe with over 136,000 miles | 2,650.00 | 0.00 | OA | 0.00 | FA |
| 10. Family Pet: dog | 0.00 | 0.00 | OA | 0.00 | FA |
| 11. La Costa Beach Club - Time share | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 12. Inheritance (u) | 0.00 | 44,983.31 | | 44,983.31 | FA |
| 13. Certificate of Deposit (u) | 0.00 | 13,734.81 | | 13,734.81 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $295,820.00 | $58,718.12 | | $58,718.12 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further remains to be done.

Initial Projected Date of Final Report (TFR):  / /     Current Projected Date of Final Report (TFR):  / /

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

Ver: 17.01

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 12-80033 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | ROMOZZI, ENZO RENATO | Bank Name: | CONGRESSIONAL BANK |
| | ROMOZZI, LUCILLE DELORES | Account Number / CD #: | *******6872 GENERAL CHECKING |
| Taxpayer ID No: | *******2848 | | |
| For Period Ending: | 04/09/13 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/03/12 | 13 | FIRST AMERICAN BANK<br>700 BUSSE RD.<br>ELK GROVE VILLAGE, IL 60007 | FUNDS IN CERTIFICATE OF DEPOSIT | 1229-000 | 13,734.81 | | 13,734.81 |
| 06/19/12 | 000100 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA 70139 | BLANKET BOND - BOND #016018067 | 2300-000 | | 11.07 | 13,723.74 |
| 10/02/12 | 12 | FIDELITY NATIONAL TITLE CO.<br>CUSTODIAL ESCROW ACCOUNT - TRUST | TRUST DISTRIBUTION | 1229-000 | 44,983.31 | | 58,707.05 |
| 02/12/13 | 000101 | DANIEL M. DONAHUE, TRUSTEE<br>P.O. BOX 2903<br>ROCKFORD, IL 61132-2903 | Chapter 7 Compensation/Fees | 2100-000 | | 6,185.91 | 52,521.14 |
| 02/12/13 | 000102 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 4,161.00 | 48,360.14 |
| 02/12/13 | 000103 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 76.75 | 48,283.39 |
| 02/12/13 | 000104 | Citibank, N.A.<br>c/o American InfoSource LP<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Claim 000001, Payment 89.8% | 7100-000 | | 5,896.99 | 42,386.40 |
| 02/12/13 | 000105 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000002, Payment 89.8% | 7100-000 | | 4,946.42 | 37,439.98 |
| 02/12/13 | 000106 | First National Bank of Omaha<br>1620 Dodge Street Stop Code 3105<br>Omaha Ne 68197 | Claim 000003, Payment 89.8% | 7100-000 | | 6,752.20 | 30,687.78 |
| * 02/12/13 | 000107 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000004, Payment 89.8% | 7100-003 | | 835.84 | 29,851.94 |
| * 02/12/13 | 000107 | GE Capital Retail Bank | Claim 000004, Payment 89.8% | 7100-003 | | -835.84 | 30,687.78 |
| | | | Page Subtotals | | 58,718.12 | 28,030.34 | |

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-80033 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | ROMOZZI, ENZO RENATO | Bank Name: | CONGRESSIONAL BANK |
| | ROMOZZI, LUCILLE DELORES | Account Number / CD #: | *******6872 GENERAL CHECKING |
| Taxpayer ID No: | *******2848 | | |
| For Period Ending: | 04/09/13 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | CLAIM ASSIGNED TO MIDLAND FUNDING LLC - CHECK ISSUED TO MIDLAND | | | | |
| 02/12/13 | 000108 | Capital One Bank (USA), N.A.<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | Claim 000005, Payment 89.8% | 7100-000 | | 2,672.40 | 28,015.38 |
| 02/12/13 | 000109 | Capital One Bank (USA), N.A.<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | Claim 000006, Payment 89.8% | 7100-000 | | 3,830.16 | 24,185.22 |
| 02/12/13 | 000110 | PYOD, LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000007, Payment 89.8% | 7100-000 | | 10,252.11 | 13,933.11 |
| 02/12/13 | 000111 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Claim 000008, Payment 89.8% | 7100-000 | | 5,866.30 | 8,066.81 |
| 02/12/13 | 000112 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Claim 000009, Payment 89.8% | 7100-000 | | 7,230.97 | 835.84 |
| 02/12/13 | 000113 | Midland Funding, LLC<br>by its authorized agent Recoser, LLC<br>25 SE 2nd Ave., Ste. 1120<br>Miami, FL 33131-1065 | Final disbursement<br>Assignment by GE Capital Retail Bank<br>Claim 000004, Payment 89.8% | 7100-000 | | 835.84 | 0.00 |

Page Subtotals   0.00   30,687.78

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 12-80033 -MLB |
| Case Name: | ROMOZZI, ENZO RENATO |
| | ROMOZZI, LUCILLE DELORES |
| Taxpayer ID No: | *******2848 |
| For Period Ending: | 04/09/13 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | CONGRESSIONAL BANK |
| Account Number / CD #: | *******6872  GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 58,718.12 | 58,718.12 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 58,718.12 | 58,718.12 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 58,718.12 | 58,718.12 | |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| | GENERAL CHECKING - ********6872 | 58,718.12 | 58,718.12 | 0.00 |
| | | ---------------------- | ---------------------- | ---------------------- |
| | | 58,718.12 | 58,718.12 | 0.00 |
| | | ============= | ============= | ============= |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   0.00

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*